# Court of Appeals
# of the State of Georgia

ATLANTA,  August 20, 2025

*The Court of Appeals hereby passes the following order:*

**A26D0020. DAVID AUSTIN v. AUSTIN COMMONS HOMEOWNER ASSOCIATION et al.**

Austin Commons Homeowner Association filed a motion to dismiss an action filed by David Austin. The trial court dismissed Austin's action on April 30, 2025, and Austin, appearing pro se, filed two separate pleadings, seeking reconsideration of the dismissal order and a default judgment against the defendants. On July 1, 2025, the trial court denied Austin's motions, and he filed the instant application, seeking review of the trial court's order. We lack jurisdiction.

Ordinarily, a notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). Here, rather than timely appealing the order dismissing his action, Austin sought reconsideration of the dismissal order. A motion for reconsideration does not extend the time for filing an appellate challenge, and the denial of a motion for reconsideration is not appealable in its own right. See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985). Furthermore, a default judgment is not an available remedy in a case that has been dismissed, and no provision of the discretionary application statute applies to an order denying such a motion. See OCGA § 5-6-35 (a).

For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __08/20/2025__

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*